CAROLINE S. WIMPFHEIMER, Appellant, v. JUANITA L. WANDELL, Individually and as Executrix of FRANCIS LIVINGSTON WANDELL, Deceased, Defendant, and FRANK M. TICHENOR, Individually and as Executor,

etc., of FRANCIS LIVINGSTON WANDELL, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements; plaintiff to serve complaint as directed by the order appealed from within ten days, and in default of such service complaint stricken out and judgment ordered dismissing complaint, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.